UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

U.S. Court of Appeals Docket Number: 01-35349
Lower Court Docket Number: CV-00-01277-MJP

PERRY MADSEN

        Plaintiff - Appellant

v.

DARRELL PHILIPS, Judge; SHARON HAYDEN; HEATHER SCWALL

        Defendants - Appellees

FILED
APR 10 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED
LODGED ____ ENTERED
____ RECEIVED
APR 10 2001 JK
CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TIME SCHEDULE ORDER

The parties shall meet the following time schedule:

| | |
|---|---|
| ->    Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and Circuit Rule 32-1; | 5/21/01 |
| ->    The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and Circuit Rule 32-1; | 6/20/01 |
| ->    The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and Circuit Rule 32-1. | |

**FAILURE OF THE APPELLANT TO COMPLY WITH THE TIME SCHEDULE ORDER WILL RESULT IN AUTOMATIC DISMISSAL OF THE APPEAL. CIRCUIT RULE 42-1.**

16

APPELLANTS/PETITIONERS WITHOUT REPRESENTATION OF COUNSEL IN A PRISONER APPEAL MAY HAVE THEIR CASE SUBMITTED ON THE BRIEFS AND RECORD WITHOUT ORAL ARGUMENT, PURSUANT TO FRAP 34(a). WITHIN 10 DAYS OF THE FILING OF THE APPELLANT'S OPENING BRIEF, PARTIES MAY FILE A STATEMENT SETTING FORTH THE REASONS WHY, IN THE OPINION OF THE PARTIES, ORAL ARGUMENT SHOULD BE HEARD.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Kathy Morris
Deputy Clerk