UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

FILED ENTERED
LODGED RECEIVED

MAY 9 2001 JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

USCA#: 01-35349
DC#: CV-00-01277-MJP

PERRY MADSEN

    Plaintiff - Appellant

v.

DARRELL PHILIPS, Judge; SHARON HAYDEN; HEATHER SCWALL

    Defendants - Appellees

## ORDER

-----

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: ~~presumably~~ This appeal is not well taken. The law is settled.

_____
Judge
United States District Court

Date: May 8, 2001

cc: CCA, USCA

17