UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 14 2001

U.S. Court of Appeals Docket Number: 01-35349
Lower Court Docket No.: CV-00-01277-MJP
Short Title: Madsen v. Philips


CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

ORDER

AUG 17 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to comply with the rules requiring processing the appeal to hearing.

A certified copy of this order sent to the district court, agency or Tax Court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Ed Manuel
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 14 2001

by
Deputy Clerk