___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 21 2001 DM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

To:
From: Perry Madsen
Re: Reopen/Reconsider U.S. District Court
Case No. C00-1277P
#01-35349

In an effort to assist Mr. Madsen an Amicus Brief is needed, in order that a new line of communications between Mr. Madsen and the court's can be started.

In the course of poor judgement and self-destructive behavior, Mr. Madsen misjudged the reception as well as consequences of his ill fated assault upon the judical process. A judge sitting in on or tribunal witnessing such misguided attempts at closure should not give vent to personal spleen or respond to personal grievances, because in them lie subtle ingredients of what constitutes a quest for justice. In Mr. Madsen's case justice would be served if it at least satisfied the appearance of justice.

Due to Mr. Madsens own actions he has been deprived due process.

A Humble Mr. Madsen would appreciate your help at getting his case back in Court in order to xrecive something
RECIEVE

that at least satisfies an appearance of meaningful due process.

Will you direct Mr. Madsen to the appropriate Court to petition for a Discretionary Review using <u>Mayberry v. Pennsylvania, 400 U.S. 455, 27 L.Ed.2d 532, 91 S.Ct. 499. (70)</u> to illustrate the error committed by permitting the judge who was the target of attack upon his person by Mr. Madsen, as the deliverer of imposed sanction for the attacks.

Mr. Madsen was ill prepared to represent himself in St. v. Dougherty, 33 Wn.App. 466, 655 P.2d 1187 (82) a knowing and intelligently waiver requires a penetrating and comprehensive examination to ascertain the rigours someone would face the dangers of going into court without effective and meaning access as well as representation as recognized in <u>Bounds v. Smith, 430 U.S. 817, 52 L.Ed.2d 72, 97 S.Ct. 1491 (77)</u>. Some form of review of Mr. Madsen as 5 years for a non-felony conviction surely is an eighth amendment violation. There is nothing in the record to uphold Mr. Madsen's going through this whole process without counsel. Standby counsel may in the furtherance

of justice be appointed even over the defendants objection; Faretta vs. California, 422 U.S. 806, 834-35 n. 46 45 L.Ed.2d 562, 95 S.Ct. 2525 (75); St. v. Fritz, 21 Wn. App. 354

I declare under penalty of perjury under the laws of the State of Washington the foregoing is true and correct

Dated this 19 day of SEPTEMBER, 2001

*Perry Madsen*
Perry Madsen
PLAINTIFF,

STATE OF WASHINGTON,

Plaintiff,

Perry Maasen

vs.

Darrell Phillips
Sharon Hayden
Heather Schwall

Defendant.

CCN: _____

No. 01-35349 SEA

PRO SE DEFENDANT'S
REQUEST TO NOTE CRIMINAL MOTION

(CLERK'S ACTION REQUIRED)

TRIAL DATE NA

____ FILED
____ LODGED
____ RECEIVED     MAIL

SEP 21 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

To:      CLERK, King County Superior Court

         NORM MALENG, King County Prosecuting Attorney

PLEASE TAKE NOTICE of the defendant's request to note a motion

☐   to compel discovery

☐   to compel disclosure of confidential informants

☐   to sever counts

☐   to sever defendants

Defendant requests that the motion be heard on Tuesday, _____, ____ at 2:30 p.m. in the Criminal Motions Courtroom.

Respectfully submitted,

_____
Attorney for Defendant - Pro Se

Mailed to the Prosecuting Attorney on SEPTEMBER 19, 2001.

PRO SE DEFENDANT'S REQUEST TO NOTE CRIMINAL MOTION
(IN CUSTODY)
APPROVED /99                                    SCOMIS CODE: NTHG

In The Superior Court of the State of Washington in and for King County

Perry Madsen, PLAINTIFF,

v.

Darrell Philips
Sharon Hayden
Heather Schwall
DEFENDANTS,

No. 01-35349

(Clerk action Required)
Motion for legal representation in Cause No. of present Confinement.

FILED
LODGED
RECEIVED
MAIL

SEP 21 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

The plaintiff whom is presently in the King County Jail, is requesting an apperance in court with counsel to seek some form of review of his confinement. See attached declaration.

For reasons stated in accompanying declaration plaintiff ask court to hold him to less stringent requirements and grant this motion